**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

KINSALE INSURANCE COMPANY,

    Plaintiff,

v.                                                CASE NO. 6:24-cv-732-JA-LHP

DEVIN GAINES,

    Defendant.
_____

## ORDER

This case is before the Court on Plaintiff's motion for default judgment. (Doc. 50). United States Magistrate Judge Leslie Hoffman Price issued a report and recommendation (Doc. 53) in which she recommends granting the motion. Defendant has not objected to the report and recommendation, and the time in which to do so has expired.

This matter arises from an underlying state court action in which Defendant, Devin Gaines, sued Jernigan Gardens FL TC, LP and Millenia Housing Management for damages relating to a shooting at an apartment complex. (Doc. 24 ¶¶ 2, 10–11). Jernigan and Millenia hold a surplus lines insurance policy with Plaintiff, Kinsale Insurance Company. (Doc. 24 ¶ 22). In the amended complaint in this case (Doc. 24), Plaintiff requested a declaration from this Court that there is no coverage for Jernigan and Millenia under the

surplus lines insurance policy for the events at issue in the state court action. (Doc. 24 ¶ 10).

Mr. Gaines was included as a defendant in the amended complaint but has not made an appearance in this case despite being properly served under Federal Rule of Civil Procedure 4(e)(2)(B). (Doc. 24; Doc. 32). On August 8, 2024, Jernigan and Millenia stipulated that the Kinsale policy does not provide them coverage for the incident and were then terminated as defendants in this case, (*see* Docs. 46 & 47), leaving Mr. Gaines as the only remaining defendant. Upon Plaintiff's motion (Doc. 40), the Clerk entered a default against Mr. Gaines on July 29, 2024, pursuant to Federal Rule of Civil Procedure 55(a). (Doc. 44). Plaintiff now moves this Court for the entry of a default judgment under Federal Rule of Civil Procedure 55(b)(2). (Doc. 50).

After an independent de novo review of the record, and noting that no objections were filed, the Court agrees entirely with the findings of fact and conclusions of law set forth in the report and recommendation.

Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. The report and recommendation (Doc. 53) is **ADOPTED** and **CONFIRMED** and made a part of this order.

2. Plaintiff's motion for default judgment (Doc. 50) is **GRANTED**. The Clerk is directed to enter a default declaratory judgment in favor of

Plaintiff Kinsale Insurance Company and against Defendant Devin Gaines, declaring that the surplus lines insurance policy bearing Policy Number 0100198195-1, effective from July 1, 2023 through July 1, 2024, does not provide coverage for any of the claims or damages in the underlying state court action, *Devin Gains v. Millennia Housing Management, LTD, LLC, et al.*, Case Number 2023-CA-016640-O in the Circuit Court of the Ninth Judicial Circuit in and for Orange County, Florida.

3. After entry of judgment, the Clerk shall close the case.

**DONE** and **ORDERED** in Orlando, Florida, on February 25, 2025.

JOHN ANTOON II
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Party

3